bursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

NEMOURS TRADING CORPORATION, Respondent, v. TRANS-OCEANIC COMMERCIAL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

JOSEPH E. HERNANDEZ and Another, Appellants, v. BROOKDALE MILLS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

THE FARISH COMPANY, Appellant, v. H. B. FERGUSON Co., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

CHRISTMAS CLUB (a Corporation), Appellant, v. NORTH SIDE SAVINGS BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

CHRISTMAS CLUB (a Corporation), Appellant, v. NORTH SIDE SAVINGS BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

CHARLES J. SILVER, Respondent, v. AKRON TIRE COMPANY OF DELAWARE and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and original order for examination modified by limiting the examination to allegations contained in the 6th paragraph of the complaint; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

KELVIN ENGINEERING COMPANY, INC., Respondent, v. ALFREDO BLANCO and Another, Appellants, Impleaded with FREDERICO ALMEIDA, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

ALFRED WOLFF, Appellant, v. CONRAD HUBERT, Respondent.— Order modified as provided in order and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of the Application of W. H. & F. JORDAN, JR., INC., Respondent, for an Order Directing the Arbitration Provided for in a Certain Written Contract with STEIB & DOYLE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

GOLDSMITH-DANNENBERG Co., INC., Respondent, v. BERG BROS., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in order. Settle order on notice. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.